IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re    Fernando D. Oliveira, Jr.    )  Chapter 13
        Debtor                            )
                                                 )  No. 18-14494-JKF
                                                 )
                                                 )

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                /s/David M. Offen
                                                David M. Offen
                                                Attorney for Debtor

Date: 09/28/18