United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-14494-jkf
Fernando D Oliveira, Jr.                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Apr 23, 2019
                             Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2019.
db              +Fernando D Oliveira, Jr.,   2806 Disston Street,   Philadelphia, PA 19149-1927
                +Berkadia,   323 Norristown Road,   Ambler, PA 19002-2758

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Fernando D Oliveira, Jr. dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-13
               bkgroup@kmllawgroup.com
              SCOTT WATERMAN    ECFmail@fredreiglech13.com,  ECF_FRPA@Trustee13.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                          TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                        :      Chapter 13


Fernando D Oliveira, Jr.      :      Case No. 18-14494-JKF

xxx-xx-7443


          Debtor


ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE


TO THE DEBTORS EMPLOYER:

     The future earnings of the above named debtor are subject to the
continuing supervision and control of the Court for the purpose of
enforcing and carrying out the debtor's plan.

     IT IS THEREFORE ORDERED that the employer of the debtor shall
deduct from the wages of the debtor, beginning with the next pay
period after receipt of the Order the sum of

          $277.50 EVERY TWO WEEKS.


     The employer shall continue these deductions until further Order
of this Court and shall remit all monies withheld from the Debtor's
wages at least monthly, or more frequently to the Standing Trustee whose
name and address appear below

_____

**Date: April 23, 2019**       HONORABLE JEAN K. FITZSIMON        DATED:
                               UNITED STATES BANKRUPTCY JUDGE


Make checks payable to:        David M. Offen Esq.
Scott F. Waterman, Esq., Trustee   Suite 160 West, Curtis Ctr.
PO Box 680                     Philadelphia, PA 19106
Memphis, TN  38101-1799        (215) 625-9600


Payroll Controller
Berkadia
323 Norristown Road
Ambler, PA 19002