United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-14494-amc
Fernando D Oliveira, Jr.                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 2              Date Rcvd: Jul 29, 2020
                              Form ID: pdf900             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2020.
```
db          +Fernando D Oliveira, Jr.,    2806 Disston Street,    Philadelphia, PA 19149-1927
14161739    +Carrington Mortgage Service. Llc,    Po Box 3489,    Anaheim, CA 92803-3489
14197175    +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14165762    +HE BANK OF NEW YORK MELLON, F/K/A The Bank of New,     c/o REBECCA ANN SOLARZ,
              KML Law Group, P.C.,    710 Market Street,    Suite 5000,    Philadelphia, PA 19106-2312
14161740    +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14161743    +PGW,   Credit and Collections Department,     800 W. Montgomery Avenue, 3rd Floor,
              Philadelphia, PA 19122-2806
14161748    +Waypoint Resource Group,    Attn: Bankruptcy,    Po Box 1081,    San Antonio, TX 78294-1081
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Jul 30 2020 04:46:51     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 30 2020 04:46:30
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 30 2020 04:46:41     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14249469     E-mail/Text: megan.harper@phila.gov Jul 30 2020 04:46:51     City of Philadelphia,
              Law Department   Tax & Revenue Unit,    Bankruptcy Group, MSB,
              1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
14161739    +E-mail/Text: BKBCNMAIL@carringtonms.com Jul 30 2020 04:46:13
              Carrington Mortgage Service. Llc,    Po Box 3489,    Anaheim, CA 92803-3489
14197175    +E-mail/Text: BKBCNMAIL@carringtonms.com Jul 30 2020 04:46:13
              Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14191167    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2020 04:53:03     Directv, LLC,
              by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14164570    +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 30 2020 04:46:17     Internal Revenue Service,
              P O Box 7346,    Philadelphia, PA 19101-7346
14161741    +E-mail/PDF: cbp@onemainfinancial.com Jul 30 2020 04:52:59     Onemain Financial,
              Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
14161742    +E-mail/Text: bankruptcygroup@peco-energy.com Jul 30 2020 04:46:18     Peco Energy,
              2301 Market Street,    Philadelphia, PA 19103-1380
14161744    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2020 04:53:01
              Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
14161746    +E-mail/Text: Supportservices@receivablesperformance.com Jul 30 2020 04:46:58
              Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
14161747     E-mail/Text: megan.harper@phila.gov Jul 30 2020 04:46:51     Water Revenue Bureau,
              1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 13
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14161745*     +Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2020 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York
               as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-13
               dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
```

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                   Date Rcvd: Jul 29, 2020
                               Form ID: pdf900             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          DAVID M. OFFEN    on behalf of Debtor Fernando D Oliveira, Jr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-13 bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                                                                    TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>FERNANDO D OLIVEIRA JR<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 18-14494-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: July 29, 2020

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE